IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-02633-LTB-MJW

REID L. ROSENTHAL,

  Plaintiff,

V.

TRAN UNION LLC,
  Defendant.

---

**ORDER GRANTING TRANS UNION LLC'S MOTION FOR
LEAVE FOR CLIENT REPRESENTATIVE TO ATTEND
SETTLEMENT CONFERENCE VIA TELEPHONE**
( Docket No. 16 )

---

Came to be considered Defendant Trans Union LLC's Motion for Leave for Client Representative to Attend Settlement Conference via Telephone. After considering the Motion, the Court is of the opinion that it should be granted.

It is ORDERED that Trans Union LLC is hereby given leave to attend the settlement conference currently scheduled for Wednesday, May 28, 2008 at 1:30 PM MT in Denver, Colorado, by telephone.

SIGNED THIS 21st day of MAY, 2008.

MICHAEL J. WATANABE
U. S. DISTRICT MAGISTRATE JUDGE